js-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARACELI VALENZUELA,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 5:19-cv-00510-FFM<br><br>JUDGMENT |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned

/ / /

/ / /

/ / /

-1-

1 action is remanded to the Commissioner of Social Security for further proceedings
2 consistent with the Stipulation to Remand.

4 DATED: March 13, 2020        /s/ Frederick F. Mumm
                                   HON. FREDERICK F. MUMM
                                   UNITED STATES MAGISTRATE JUDGE